IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

    Plaintiff,                    1: 07 CV  01390 LJO YNP SMS (PC)

    vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#27)

DERRAL ADAMS, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On July 31, 2009, findings and recommendations were entered, recommending dismissal of certain claims and defendants.  Plaintiff was provided an opportunity to file objections within thirty days.  On August 14, 2009, plaintiff  filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 31, 2009, are adopted in full; and

2. The following claims are dismissed: Failure to prevent Constitutional violations; Access to courts; Supervisory liability; Inmate appeal policy.

3. The following defendants are dismissed: Adams; Lopez; Hoffman; Worthman; Ruiz; Jennings; Martinez; Franklin; Gomez; Yamat; Munoz.

IT IS SO ORDERED.

Dated:   September 11, 2009                               /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE