# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>                    Plaintiff,<br><br>          v.<br><br>DERRAL G. ADAMS, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:07-cv-01390-LJO-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 53, 54, 58) |

Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on September 21, 2007, and is proceeding on Plaintiff's second amended complaint filed on April 8, 2009.  (Docs. 1, 21, 30.).  This action is proceeding on Plaintiff's second amended complaint for claims stemming from events at California State Prison in Corcoran ("CSP-Corcoran") for First Amendment retaliation, excessive force in violation of the Eighth Amendment and violating Plaintiff's rights under the Equal Protection Clause of the Fourteenth Amendment. (Docs. 21, 30.).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2010, and on August 25, 2010, Plaintiff filed duplicative motions seeking an order of protection.  (Docs. 53, 54).  On January 10, 2011, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  Neither party

1

1 | has submitted objections to the Findings and Recommendations.

2 |   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations, filed January 10, 2011, is adopted in full; and

  2. Plaintiff's motions for preliminary injunctive relief, filed August 20, 2010, and August 25, 2010, are DENIED.

IT IS SO ORDERED.

**Dated:   February 24, 2011**      /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE