# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>            Plaintiff,<br><br>     v.<br><br>DERRAL G. ADAMS, et al.,<br><br>            Defendants._____/ | CASE NO: 1:07-cv-01390-LJO-GBC (PC)<br><br>ORDER REGARDING REQUEST FOR CASE STATUS<br><br>(Doc. 89) |

Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on September 21, 2007, and is proceeding on Plaintiff's second amended complaint filed on April 8, 2009. (Docs. 1, 21, 30). On August 30, 2011, Plaintiff filed a motion requesting the status of his Rule 59 motions in this action. (Doc. 89). On November 2, 2011, the District Court denied Plaintiff's Rule 59 motions. (Doc. 90).

The court will notify Plaintiff when any action is taken in his case. As long as Plaintiff keeps the court apprised of his current address, he will receive all decisions which might affect the status of his case. As Plaintiff receives notice of court orders once they are decided upon, Plaintiff is cautioned against further requests for status on his case.

IT IS SO ORDERED.

Dated:   November 3, 2011

UNITED STATES MAGISTRATE JUDGE

1